

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In the Interest of C. J., a child

Appellate case number:   01-19-00704-CV

Trial court case number: 2018-00169J

Trial court:             313th District Court of Harris County

   Appellant's motion for extension of time in which to file her brief is **granted.** Appellant's brief is due May 22, 2020.

   It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
            Acting individually


Date:  April 28, 2020